FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 FEB 26 PM 2: 41

[signature]
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ISAIAH JOHNSON, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CR407-164 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

The Court specifically concurs with the Magistrate Judge's finding that the alerting of the drug dog was sufficient to establish probable cause. Additionally, Defendant consented to the search of his vehicle after seeing the dog alert to it. With the constitutionality of the search thus established, it is unnecessary to consider whether the officers smelled burnt marijuana and found marijuana residue.

On September 19, 2007, Defendant Isaiah Johnson wrote this Court a letter in which he requested a hearing because his attorney had failed to file objections to the Magistrate Judge's Report and Recommendation. However, because his

attorney timely filed objections, Defendant's request for a hearing is **DENIED** as moot. Additionally, Defendant is **ORDERED** to mail any further motions to the Office of the Clerk of Court. The Court will no longer consider arguments contained in letters sent directly to the Court's chambers.

SO ORDERED this 26th day of September, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2