IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
ISAIAH JOHNSON, ) CASE NO. CR407-164
)
Defendant. )
)

# O R D E R

Before the Court are Defendant Isaiah Johnson's Motion for Appeal Bond (Doc. 54) and Motion for Extension of Time to Report to Prison (Doc. 55). For the following reasons, the Motions are **DENIED**.

On October 24, 2007, Defendant was convicted on three counts of being a felon in possession of a firearm. He was sentenced to sixty-three months imprisonment for each count, to be served concurrently. He is scheduled to report for service of this sentence by 2:00 p.m. on Friday, March 14, 2008.

In his Motions, Defendant explains that he has a pending workers' compensation claim which he wishes to settle before reporting to serve his prison sentence. He states that the last two hearings set by the Workers' Compensation Board fell upon the dates he was obligated to appear before this Court.

Currently, Defendant is scheduled to be deposed in the workers' compensation matter on April 7, 2008. A hearing has been scheduled for June 25, 2008. Defendant is represented by counsel. He now asks the Court to either grant him an appeal bond or allow him to report to prison after the June 25, 2008 hearing.

The Court sees no reason why Defendant would be unable to reach a settlement agreement in his workers' compensation case through his attorney while serving his sentence. Absent extraordinary circumstances, the Court is reluctant to change the date upon which Defendant must report to the Bureau of Prisons or to allow an appeal bond. Because no such extraordinary circumstances exist here, Defendant's Motions are **DENIED**.

SO ORDERED this 12th day of March, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA